### 18089. BEAUDRY *v.* NATIONAL BANK OF WILKES.

BLOODWORTH, J. 1. When the excerpt from the charge, of which complaint is made in the motion for a new trial, is considered in connection with the full instructions given to the jury, it shows no reason why a new trial should be granted.

2. The evidence is ample to support the verdict.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 14, 1927.

Complaint; from Fulton superior court—Judge Humphries. February 22, 1927.

*Alston, Alston, Foster & Moise,* for plaintiff in error.
*Clement E. Sutton, Anderson, Rountree & Crenshaw,* contra.

Appeal and Error, 4 C. J. p. 852, n. 56.
Trial, 38 Cyc. p. 1779, n. 75.